UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       -against-

SHABANDA SAPPLETON,

             Defendant.

08 CR. 0238 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    All parties are advised that an initial conference in this matter before Judge Marrero has been scheduled for April 4, 2008 at 10:30 a.m. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED:**

Dated:   New York, New York
           24 March 2008

                                  Victor Marrero
                                  U.S.D.J.